**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**

**RECEIVED**

_____Helena_____ **DIVISION**
(You must fill in this blank. See Instruction H)

FEB 0  2018

Clerk, U.S. District Court
District of Montana
Missoula

_FRANK PICKLE_
_PLAINTIFF — PRO SE_

(Write the full name of the plaintiff who is filing this
complaint and prisoner number, if any.)

Case No. _____
(to be filled in by the Clerk's Office)

Plaintiff,

-against-

_DR. Kohut; Montana Dept of COR-_
_-Rections Medical Director; DR. More;_
_Director of Nurses at Lewistown Prison Infirmary_ Beu

(Write the full name(s) of each defendant who is
being sued. If the names of all the defendants cannot
fit in the space above, please write "see attached" in
the space and attach an additional page with the full
list of names. The names listed in the above caption
must be identical to those contained in Section IV.
Do not include addresses here and do not use et al.)
_"See Attached"_
Defendants.

**COMPLAINT**
(Pro Se Prisoner )

Jury Trial Demanded: ☑ Yes  ☐ No
_(check one)_

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public
access to electronic court files. Under this rule, papers filed with the court should *not* contain: an
individual's full social security number or full birth date; the full name of a person known to be a minor; or
a complete financial account number. A filing may include *only*: the last four digits of a social security
number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account
number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or
any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed
in *forma pauperis*.

# INSTRUCTIONS

1. Use this form to file a civil complaint with the United States District Court for the District of Montana. Include only counts/causes of action and facts – not legal arguments or citations. You may attach additional pages where necessary. Your complaint must be typed or legibly handwritten in ink and on white paper. Write on only one side of the paper. Do not use highlighters and do not staple or otherwise bind your papers. All pleadings and other papers submitted for filing must be on 8 ½" x 11" paper (letter size). You must sign the complaint (see page 8). Your signature need not be notarized but it must be an original and not a copy. The Clerk's Office cannot provide you copies of documents in your file without prepayment of $0.10 per page (for documents electronically available) or $0.50 (for documents not electronically available). Please keep a copy of the documents you send to the Court.

2. The filing fee for a complaint is $350.00 plus a $50.00 administrative fee for a total of $400.00. This amount is set by Congress and cannot be changed by the Court. If you pay the filing fee, you will be responsible for serving the complaint on each defendant and any costs associated with such service.

3. If you are unable to prepay the entire filing fee and service costs for this action, you may file a motion to proceed in forma pauperis. If you are a prisoner and your motion to proceed in forma pauperis is granted, the Court will assess an initial partial filing fee equal to 20% of the average monthly deposits to your prison account for the six months immediately preceding the filing of the action, or 20% of the average monthly balance in your prison account for the same six-month period, whichever is greater. Thereafter, the balance of the $350.00 filing fee will be collected in installments equal to 20% of your preceding month's income any time the amount in your account exceeds $10.00. The $50.00 administrative fee does not apply to persons granted *in forma pauperis* status. You will be required to continue making these payments even if you complaint is dismissed.

4. Complaints submitted by persons proceeding in forma pauperis and complaints submitted by prisoners suing a governmental entity or employee must be reviewed by the Court before the defendants are required to answer. *See* 28 U.S.C. §§ 1915(e)(2), 1915A(a); 42 U.S.C. § 1997e(c). The Court will dismiss your complaint before it is served on the defendants if: (1) your allegation of poverty is untrue; (2) the action is frivolous or malicious; (3) your complaint does not state a claim upon which relief may be granted; or (4) you sue a defendant for money damages and that defendant is immune from liability for money damages. After the Court completes the review process, you will receive an Order explaining the findings and any further action you may or must take. The review process may take a few months; each case receives the judge's individual attention.

Plaintiffs should not serve defendants, pursue discovery, or request entry of default judgment prior to the completion of this review process.

5. Prisoners who have had three or more cases dismissed as frivolous, malicious, or failing to state a claim upon which relief may be granted (strikes) will not be permitted to file any further civil actions without prepaying the filing fee unless they are in imminent danger of serious harm.  See 28 U.S.C. § 1915(g).

6. Prisoners may not maintain more than two civil actions in forma pauperis at one time, unless the prisoner shows that he or she is under imminent danger of serious physical injury.

7. The case caption (page 1 of this form) must indicate the proper Division for filing.  The proper Division is where the alleged wrong(s) occurred.  When you have completed your complaint, mail the *original* of your complaint and either the full filing fee or your motion to proceed in forma pauperis to the proper Division:

Billings Division:    *Big Horn, Carbon, Carter, Custer, Dawson, Fallon, Garfield, Golden Valley, McCone, Musselshell, Park, Petroleum, Powder River, Prairie, Richland, Rosebud, Stillwater, Sweetgrass, Treasure, Wheatland, Wibaux, and Yellowstone Counties*
**U.S. District Court Clerk, 601 2nd Avenue North, Suite 1200, Billings, MT  59101**

Butte Division:    *Beaverhead, Deer Lodge, Gallatin, Madison, and Silver Bow Counties*
**U.S. District Court Clerk, 400 N. Main, Butte, MT 59701**

Great Falls Division:    *Blaine, Cascade, Chouteau, Daniels, Fergus, Glacier, Hill, Judith Basin, Liberty, Phillips, Pondera, Roosevelt, Sheridan, Teton, Toole, and Valley Counties* **(Crossroads Correctional Center is located in Toole County and all claims arising at CCC should be filed in Great Falls)**
**U.S. District Court Clerk, 125 Central Ave. West, Great Falls, MT 59404**

Helena Division:    *Broadwater, Jefferson, Lewis & Clark, Meagher, and Powell Counties* **(Montana State Prison is located in Powell County and all claims arising at MSP should be filed in Helena)**
**U.S. District Court Clerk, 901 Front St., Ste 2100,  Helena, MT 59626**

Missoula Division:    *Flathead, Granite, Lake, Lincoln, Mineral, Missoula, Ravalli, and Sanders Counties*
**U.S. District Court Clerk, P.O. Box 8537,  Missoula, MT 59807**

I.   **Parties to this Complaint**

A.   Plaintiff

Name: FRANk PickLE # 2025332

All other names by which you have been known:

GILBERT (MIDDLE NAME)
GIL (NICk NAME)

ID Number: 2025332

Current Institution: Lewistown (PRISON INFIRMERY)

Address: 800 CASINO CREEK DRIVE SuiT D
Lewistown, MONTANA - 59457

WAS AT MONTANA STATE PRISON - 700 CONLEY LAKE ROAD - DeeR Lodge, MT.
Indicate whether you are a prisoner or other confined person as follows *(check all that apply):* 59722

☐   Pretrial detainee
☐   Civilly committed detainee
☐   Immigration detainee
☒   Convicted and sentenced state prisoner
☐   Convicted and sentenced federal prisoner
☐   Other *(explain)* _____

B.   Defendant(s)

Provide the information below for each defendant named in the complaint,
whether the defendant is an individual, a government agency, an
organization, or a corporation.  Make sure that the defendant(s) listed
below are identical to those contained in the above caption.  For an
individual defendant, include the person's job or title (if known) and check
whether you are bringing this complaint against them in their individual
capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1:

Name: DoctoR Kohut

Job or Title: FORMER pRISON DoctoR AT MONTANA STATE PRISON

Employer: MONTANA STATE PRION INFIRMERY

Address: 700 CONLEY LAKE ROAD - DEER Lodge MONTANA -
59722, (406)846-1320

☐   Individual capacity        ☒   Official capacity

Defendant No. 2:

Name: MONTANA Dept. oF CORRECTioNS MedicAL DiRectoRMellissA
c/o: MellissA

Job or Title: MEdicAL DiRectoR At MONTANA statepRiSoN FoR D.O.C.

Employer: MONTANA Dept. oF CorRECTioN/MONTANA StatepRiSoN

Address: 1712 NiNtH AVe. - P.O. BOX 201440 -
HeleNA, MONtANA - 59620 - 1440

☐ Individual capacity   ☒ Official capacity

Defendant No. 3:

Name: Doctor MOORE

Job or Title: DoctoR At LewistowN INFiRmeRY

Employer: LewistowN INFiRmeRY

Address: c/o: LewistowN INFiRmeRY-800CASiNOCReekDRive -
Suit D - LewistowN, MoNtANA-59457

☐ Individual capacity   ☒ Official capacity

Defendant No. 4:

Name: BeN

Job or Title: DiRectoR oF NuRSes At the LewistowN INF.

Employer: MoNtANA Dept. coRRectioNS - LewistowN - INFiRmeRY

Address: c/o: LewistowN INFiRmeRY - 800 CASiNO CReekDRive -
Suite D - LewistowN, MoNtANA - 59457

☐ Individual capacity   ☒ Official capacity

*(NOTE: If more space is needed to furnish the above information, continue on a blank sheet
labeled "APPENDIX A: PARTIES").*
SEE APpendix A' PARtiES

## II.   Basis for Jurisdiction

Indicate below the federal legal basis for your claim, if known. This form is designed
primarily for pro se prisoners challenging the constitutionality of your conditions of
confinement, claims which are often brought under 42 U.S.C. § 1983 (against state,
county, or municipal defendants) or in a "Bivens" action (against federal defendants).

☒   42 U.S.C. § 1983 (state, county, or municipal defendants)

☐   Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S.
388 (1971) (federal defendants)

DEFENDANT No. 5:

NAME: ALL MEMBERS OF the MONTANA state PRISON Medical Review BOARD.

Job OR Title: ALL members OF the MONTANA state PRISON Medical Review BOARD.

EMPLOYER: MONTANA State PRISON

ADDRESS: MONTANA State PRISON - 700 CONLey LAKE Road - DeerLodge, MONTANA - 59722

☐ INdividual Capacity        ☐ OFFICiAL CAPACITY

DEFENDANT #6:

NAME: DOCTOR Kohut,

Job OR Title: FORMER MONTANA STATE PRISON Medical Doctor,

EMPLOYER, MONTANA STATE PRISON

ADDRESS: MONTANA STATE PRISON - 700 CONLey LAKE Road - Deer Lodge, MONTANA - 59722

DEFENDANT #7:

NAME: Rod JOHNSON (Lt.)

Job OR Title: Acting WARDEN [UNIT MANAGER] - Leutenant OF the LewistOWN PRISON INFIRMERY,

EMPLOYER: MONTANA Dept. OF CORRECTIONS - Helena MONTANA,

ADDRESS: P.O. BOX 201301 - 5 South LAST chance gulch - HeleNA, MONTANA, 59620 - 1301.

5 OF 9 - A

DEFENDANT #8

NAME: DIRECTOR OF the MONTANA Dept. OF CORRECTIONS-HELENA, MONTANA.

Job OR TITLE: DIRECTOR OF the MONTANA Dept. OF CORRECTIONS-HELENA, MONTANA.

EMPLOYER: MONTANA Dept. OF CORRECTIONS-HELENA, MONTANA.

ADDRESS: P.O. BOX 201301-HELENA, MONTANA- 5 south LASTCHANCE GULCH-HELENA, MONTANA, 59620-1301.


DEFENDANT #9

NAME: LewisTOWN PRISON INFIRMERY Correct-TIONAL OFFICER SANDY SHAFFER.

Job OR TITLE: LewisTOWN PRISON INFIRMERY CORRECTIONAL OFFICER.

EMPLOYER: LewisTOWN PRISON INFIRMERY-~~Helena~~ MONTANA Dept. OF CORRECTIONS-HELENA, MONTANA.

ADDRESS: LewisTOWN PRISON INFIRMERY 800 CASINO CREEK DRIVE  #D LewisTOWN, MONTANA -59457


DEFENDANT #10

NAME: NURSE MISTY-LewisTOWN PRISON INFIRMERY CORRECTIONAL NURSE.

Job OR TITLE: LewisTOWN PRISON INFIRMERY,

CONTINUED NEXT PAGE. ————————→

5 OF 9 - B

Defendant #10 -continued -
Address- Lewistown PRISON INFiRMERY- 800 CASiNO
CReeK DRive-#D - Lewistown, MONTANA- 59457

III.     **Statement of Claim(s)**

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.

A.     Count I: *Impeding Access to Court and grievance program*

1.     What federal constitutional or statutory right(s) do you claim is/are being violated by defendants? *1st, 8th, 14th Equal Protection Clause for Handicapped Prisoners of the United States constitution, etc., constitutional Rights, and Law's that apply, The Right to Be A human Being, that served this country - And not An person being treated like An Animal.*

2.     What date and approximate time did the events giving rise to your claim(s) occur? *From   October 18, 09 to date   Present*

*Approx. not sure - Dates, times, Approximate*

3.     Supporting Facts:  (Include all facts you consider important, including names of persons involved, places, and dates.  Describe what happened without citing legal arguments, cases, or statutes).

*Continued - see - "Appendix B. statement of claims."*

4.     Defendants Involved:  (List the name of each defendant involved in this claim and specifically describe what each defendant did or did not do to allegedly cause your injury).

*Continued - see "Appendix B. statement of claims, supporting facts to Answer Defendants Involved And Include same.*

*(**NOTE:** For each additional claim, use a blank sheet  labeled "APPENDIX B.  STATEMENT OF CLAIMS."  You must address paragraphs III(A)(1-4) for each count., following the directions under paragraph III.*

**IV.     Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.  (Do not cite legal arguments, cases, or statutes).  Attach additional pages if needed.

I have suffered pain and pain cramps from May 16, 2016, 2016 to January 17, 2018, I have been only given minor/generic pain medications, that do no good in stopping my pain or controlling it I needed, but was denied, the pain medications/treatment the outside Doctors and medical specialists ordered/recommended that would have controled/stopped my pain and suffering, because of denial /prolonged denial of Doctor/medical specialists ordered surgeries (continued)

(*NOTE: If more space is needed to furnish the above information, continue on a blank sheet labeled "APPENDIX C: INJURY"*).

**V.     Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

See Attached to Answer this Question.

(*NOTE: If more space is needed to furnish the above information, continue on a blank sheet labeled "APPENDIX D: REQUEST FOR RELIEF"*).

**VI.     Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.     Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes          ☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

RELIEF    PAGE 7 OF 9

DEFENDANTS TO PAY ALL OF THE
FOLLOWING: COURT COSTS, LAWYERS
FEES, TRANSPORT FEES TO + FROM
COURTS, ALL MEDICAL OPERATIONS.

REQUESTING MONEY DAMAGES FOR:
PAIN, SUFFERING, LOSS OF SLEEP, LOSS
OF FOOD INTAKES, LOSS OF WALKING,
LOSS OF URINING FOR A TOTAL
OF $200 MILLION DOLLARS (+).
PLUS $2,500.00 PER DAY SINCE 2009.

LOSS OF PRILOSEC SINCE MAY 2016 FOR
SEVERE HEARTBURN + UNABLE TO EAT
FOODS THATS SPICY.
LOSS OF 81 mg. ASPRIN FOR MY HEART.
LOSS OF TIME TO SEE MY FAMILY.
FEELING OF STRESS, DEPRESSED
ALSO AT TIMES = $500,000.00

SUBMITTED BY
FRANK PICKLE
Frank Pickle
AO# 2025332

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒   Yes        ☐   No        ☐   Do not know

C.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒   Yes        ☐   No

D.   If you did file a grievance answer the following questions:

1.   Where did you file the grievance?


2.   What did you claim in your grievance?

That I was being denied Needed Surgerys,
Medications inorder for the prison to save money,
Doctor ordered/Recommended/By outside medical
specialists, NOT sure of content of claim in grievance.

3.   What was the result, if any?

Denied As FAR As I KNOW, I WAS told my
grievance was denied

4.   What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)* D.O.C, IN
went to
Helena, but my grievance was denied At the
Montana Dept. of corrections Level by the medical
Director, D.O.C. Director, and staff

E.   If you did not file a grievance, answer the following questions:

1.   If there are any reasons why you did not file a grievance, state them here:


2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:


F.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I TALKed to ALL the Defendants
Listed in this complaint, Requesting Surgerys and
Medications/Therapy ordered/Recommended by outside Doctors by WAS
denied
*(NOTE:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

Prisoner Complaint Form                          *(Revised May 2017)*
Plaintiff's Last Name ___Pickle___                Page 8 of 9

**VII.   Plaintiff's Declaration**

A.   Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

B.    I understand I must keep the Court informed of my current mailing address and my failure to do so may result in dismissal of this Complaint without notice to me.

C.   I understand the Federal Rules of Civil Procedure prohibit litigants filing civil complaints from using certain information in documents submitted to the Court. In order to comply with these rules, I understand that:

   •   social security numbers, taxpayer identification numbers, and financial account numbers must include only the last four digits (e.g., xxx-xx-5271, xx-xxx5271, xxxxxxxx3567);

   •   birth dates must include the year of birth only (e.g., xx/xx/2001); and

   •   names of persons under the age of 18 must include initials only (e.g. L.K.).

If my documents (including exhibits) contain any of the above listed information, I understand it is my responsibility to black that information out before sending those documents to the Court.

I understand I am responsible for protecting the privacy of this information.

D.   I understand the submission of a false statement or answer to any question in this complaint may subject me to penalties for perjury.  I declare under penalty of perjury that I am the Plaintiff in this action, I have read this complaint, and the information I set forth herein is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

E.   This Complaint was deposited in the prison system for legal mail, postage prepaid or paid by the prison, on

Executed at Lewistown PRISON INFIRMARY on MAY 16 - 17 - JAN, 20 18.

(Location)                                   (Date)

Signature of Plaintiff: _Frank Pickle_

Printed Name of Plaintiff: _FRANK PICKLE_

Prison Identification #: _2025332_

Prison Address: _Lewistown INFIRMERY - 810 CASINO CReek DRIVE - SUITE D - Lewistown, MONTANA - 59457_

City                          State                     Zip Code

"APPENDIX C: INJURY"

CONTINUED: I have been, and am, confined to
A wheelchair unable to walk. I have been
confined to a wheelchair unable to walk
for approx. ___4 years___. I have had
painfull bed sores, loss of muscles in my
body, leg strength, _Also in LEFT KNEE_____

I am/have suffered mental stress, duress,
and emotional duress and stress, as a result of
being retaliated ~~against~~ against/and humiliated
by Defendants herein unconstitutional acts
and practices described herein, but not
limited to same. I have suffered loss of
sleep, and loss of appetite, bad prolonged
spells of pain, along with pain spells
of migrain headaches.

(4)

("Appendix D: Request FOR ReLiEF");

WHEREFORE, PLAINTIFF Requests that the
Court gRANt the Following ReliEF:

A. Issue a declARAtoRY Judgement stAting
that:

(1.) DEFENDANTS Kohut etal., DeFendANts Listed
iN this cAse ViolAted PLAiNTiFF'S Frank Pickle
_____ #2025332 pRotected CoNsTitutioNAL Rights
undeR the 1st, 5th, 14th, 8th, etal., AMeNdments oF
the U.S. CoNstitutioN.

(2.) DEFENDANts Kohut etal., DeFendANts Listed
iN this cAse violAted PLAINTiFF's FraNk Pickle
_____ #2025332 pRotected Rights undeR the Rights
oF HANdicApped pRisoNeRs which extends
to INCARCERAted INMAtes, pRisoNeRs
with disAbilities oR hANdicAps ARe pRotected
both by the coNstitution ANd by FedeRAL
StAtutes, DeFeNdANts Kohut; etal., DeFend-
-ANts heReiN violAted PLAINTiFFS pRO-
-tected Rights uNdeR sAme.

(3.) DeFeNdANt MoNtANA Dopt. oF CoRRectioNs
MedicAl DiRectoR's etal., DeFeNdANts heReiN
Actions iN FAiling to pRovide Adequate MedicAl
cARe FoR the plAiNtiFF FRANK Pickle _____ #202573,

(1.)

CoNtiNued→

"RELIEF CONTINUED"

"Appendix D: Request FOR RELIEF"

(3.) continued - to wit Doctor-Ordered, Doctor
Recommended Surgeries violated And con-
tinue to violate the Plaintiff's Rights
UNDER the Eighth Admendment to the
UNited States constitution. Noteing that
I the Plainff AM Left to suffer pain
AND WAVES OF pain spasms throughout
My Body And Nobody WANts to help me,
even though DeFendANts And their Agents
KNOW Fully About my pAiN And Suffering but
Still Refuse to give me the pAiN medicAtions
ORdeRed by the outside doctoRs AND MedicAl
specialists, No one here cares About
this old veteRAN, And what I did FoR
My CountRy. "Help me."

"4.) DeFendANts Rod JohNsoN, et al., DeFendANts
heReiN have And ARe continueing to
show "DeLibeRAte INdiFFeRence" towARds
Frank Pickle    # 225332 seRious medicAl
conditions And pAiN And Suffering, by Not
giving/pRovideing me with my Needed DoctoR
-ORdeRed/Recommended SuRgeRies And specAl
MedicAtions, And medicAl tReAtments.

(2,)

"RELIEF CONTINUED"

"Appendix D: Request For Relief"

(B.) Issue an immediate injunction ordering defendants Johnson; Montana Dept of Corrections Medical Director; and Doctor Moore, to immediately provide plaintiff ___Frank Pickle___ ___#2025332___ with all corrective surgeries ordered by the Veterans Administration Doctors/Medical Staff and outside Doctors. Along with medications, and medical treatment by a qualified medical surgeon chosen by the V.A. in Fort Harrison.

(2.) Immediately arrange for plaintiff's need for physical therapy or other follow-up medical treatment to be evaluated by a medical practitioner with expertise in the treatment and healing of surgery patients.

(3.) Carry out without delay or interfearance the treatment directed by such medical practitioner.

(C.) Issue an injunction and protective order ordering defendant Sandy Shaffer to cease and desist punishing plaintiff herein without affording him due process of law, and fair/meaningful due process of law, which includes

(3.)

"Relief - Continued"

"Appendix D: Request for Relief,"

Allowing plaintiff herein to call witnesses on his behalf.

(C).2. Issue an injunction and protective order ordering (defendant Shaffer) [Defendant's co-workers] to cease and desist her threats, disrespect towards plaintiff, and Ordering Defendant Shaffer to not Impede/delay/hinder plaintiff's Access to this court, and not destroy without full due process of law and Equal protection of law being Afforded plaintiff herein plaintiff's personal property by qualified Disciplinary Judges at or in the Montana Prison System, and that Defendant Shaffer not physically or verbally assault inmates in the Montana State Prison, expecally the plaintiff herein, as Defendant Shaffer poses a threat to anyone seeking Access and meaningfull Access to this Honorable Court, based upon her words and Actions.

(C).3. Issue an injunction and protective order ordering defendant Johnson to use his position to stop and control Defendant Shaffer's threats, harrassment, and disrespect of plaintiff and not read or destroy Any of his court papers and legal papers, Shaffer and/or him, Either one or

(4.1)

"RELIEF Continued",
"Appendix D: Request for Relief.

(C) (F) continued, both,

(D.) Award plaintiff compensatory damages
in the amount of $one million Dollars
From each Defendant Listed in
this complaint Individualy And
Separately,
(E.)

(E.) Award plaintiff Punitive damages in
the Amount of $one million Dollars   From
each Defendant Listed in this complaint
Individually and Separately,

(F.) Defendants herein pay plaintiff All
costs and Fees connected directly And
/or indirectly with this suit, separately,

(G.) Defendants herein PAY ALL ATTORNEY
Fees And costs in this suit to plaintiff
or his Attorneys of Record Assigned to
this case, separately,

(H.) That this most Honorable court grant
such other And Further Relief as it may
deem deem Appropriate And Just

(5,)

"Relief Continued"

"Appendix D: Request FoR Relief."

Date: January 19 , 2018

Respectfully Submitted
Frank Pickle    # 2025332
Co-Plaintiff   PLAINTIFF — PROSE
James Ball & Frank Pickle    # 2025332
Lewistown INFiRMeRY
800 Casino Drive, Suite D
Lewistown, MONtANA-59459

(Relief Add on.)
"Notice to Defendants."

The plaintiff now gives Notice to the
Defendants herein that at anytime during
this complaint that they wish to
present plaintiff herein with a settle-
ment perposal, he will be willing to
Consider same.

Date: Jan. 19 , 2018   Respectfully Submitted
FrankPickle
PLAiNtiFF ___ PROSe
Lewistown INFiRMeRY
800 Casino Drive, Suite D
Lewistown, MONtANA - 59459

(6.)

Section Three

And Defendants Involved.

Defendants Involved

(1.) *Supporting and Facts: Defendant Kohut, Former Mont-
-ana State Prison Medical Doctor at Montana
State Prison, on or about Nov. 8 - 2015
Not sure of exact date and time, did call me
to the Montana State Prison and told me that
the Director of the Dept. of Corrections, and
the Prison Medical Review Board which Kohut was
a member of, was refuseing to allow me the
Surgerys I needed that the Veteran Admin-
-istration Doctors and Specialists ordered
/setup for corrective surgerys on my person
before and after I came into the Montana
Prison System, because they could Not
afford to spend the large amount of
money needed for my surgerys, and that it
did not matter that I was a crippled
Handicapped Veteran and that the Veter-
-an Administration would help with costs of
my Doctor-ordered surgerys. Defendant
Dr. Kohut further told me that he and the
Medical Director at the Montana Dept. of
Corrections, the medical Review Board staff
at Montana State Prison which He was a member
of, were all aware of my pain and
Suffering, and he was ordered and decided to,
Cancelled all the Special pain/muscle medicat-
-ions that the outside Doctor and Specials had

(11)

Supporting Facts Continued
And Defendants Involved

* (1.)-continued)- For me, As the prison Medical Director
in Helena, the Prison medical Review board staff
which Defendant Kohut was a member of,
did not care. About my pain and discomfort,
As it cost too much money to buy and
give the medications that the Veterans
Administration Doctors and outside
medical specialists had ordered/Recommended that
they felt would stop the unecessary want-
on infliction of pain I was suffering while
I was confined in my wheelchair for
the Rest of my life because of LACK OF
Same, Along with my Denial OF needed surgerys, that
would allow me to WALK AGAIN pain Free.

supporting * (2.) Defendant: Montana Dept. of corrections Medical
facts          Director did show "deliberate Indifference towards
my serious medical needs, Denial of surgerys and by doing same
has left me crippled, in a wheelchair, unable
to WALK, For the Rest of my life, Defendant
Montana Dept. of Corrections medical
Director Further did show "deliberate
Indifference" towards my pro-Longed
pain and suffering by ALLowing knowingly
my continued pain and suffering to date.
(see and Include supporting Facts - section one-
As part of Montana Dept. of Corrections medical
Director For. Prison Doctor Kohut's Supporting

(2)

"Supporting Facts And Defendants
Involved:

* (2.) Continued Facts: I did on or about June
2016 - 2017, 2015 (Not sure of exact dates and
times I did write the Defendant, Montana
Dept. of Corrections Medical Director
Letters begging him to give me needed
Surgerys, and pain medications that
Were Doctor ordered/Recommended, that
he/she deliberately ignored, Replying to
Said letters, stating that it was too
costly to do my surgerys, and to pro-
-vide me with the Doctor ordered/Re-
-commended pain medications. And that
I would Just have to get used to
my condition, and My Medical
condition I just had to cope with on
my own. I was seen in the Infirmery
For my medical condition in Deer Lodge
by medical staff, but not treated for
same, Just given the small Bandaide
medical care with little or nothing
done, as they used at times unqualified
Medical staff, such as Nurses/Nurses
Aide to treat me instead of Letting
me see the Doctors or physician as-
-sistants.
Supporting
Facts * (3.) Defendant Dr. Moore has on or about
May 2016 _____ and again on June 2017
(3.)

SUPPORTING FACTS AND DEFENDANTS INVOLVED."

(continued FACTS-DEFENDANT (3.) CONTINUED) did IN A VERY disRespectful-Hostile MANNER tell me to MY FACE. "I AM the DOCTOR herE and I AM your designated PRIMARY CARE giver while you ARE housed At the Lewistown PRISON IN-FIRMERY, AND you will do WHAT I SAY OR be Punished. DR. MOORE SAID to me thAt I WAS Not getting ANY OF my Needed SURGERYS NOW OR EVER AS VETERAN OR Not, it would cost the PRISON, D.O.C., AND INFIRMERY budgets too much MONEY to spend ON A dAm INMATE, And the medicATIONS thAt WAS Needed to CONTROL YOUR PAIN WAS Also too costly FOR their medicAL Budgets to hANDLE AND IF ASPRIN OR TYdENOL OR I bupROFIN doesn't WORK then YOUR out OF LUCK INMATE, AND DE-FENdANT DOCTOR MOORE FURTHER did STATE thAt I FiLed A gRIEVANCE OR A LAWSUit ON him OR ANY other PERSON thAt WORKS At the INFIRMERY thAt I WOULD be LOCKed IN AN ISOLATION ROOM with ALL MY PERSONAL PROPERTY CONFISCATED And /OR dESTROYed, and ALSO ACCIDENTS CAN hap-pen,

*supporting FACTS*

✱ (4.) DEFENDANT / DiRectOR OF the NURSES At the Lewistown INFIRMERY BEN is the DiRECTOR OF the PRISON INFIRMERY WHERE I AM INCARCER

(4.)

Supporting Facts (And DEFENDANTS INVOLVED)

(4.) CONTINUED = ON OR About, JUNE OR JULY
2016, 2017. (NOT SURE OF EXACT dATE And time)
DEFENDANT NURSE DIRECTOR BEN did RECIEVE
REQUESTS/PRISON KITES ASKING IF AND WHEN
I WAS goING to RECIEVE MY SURGERYS Need-
-ed SO I CAN WALK AgAIN, And REQUESTING that
he come And see me About this. ON OR
About ___ JUNE ___ 2017 (NOT SURE OF EXACT
dATE And time, DEFENDANT BEN did come to
see me About my KITES, DEFENDANT BEN
did tell me to my FACE that NO MATTER
WHAT the outside DOCTORS AND mEdicAL DOCTOR
SPECIALISTS SAId OR diAgNOSED that I didN't
Need the SURGERYS they ORdered, AND I would
NEVER WALK AgAIN, AND that me being
A CRIppELd VETERAN didN't REALLY COUNT
OR MEAN ANYTHING. NOTEINg that NURSE
dIRECTOR BEN is NOT A dOCTOR OR A MEdicAL
SPECIALIST. NURSE DIRECTOR BEN SAId to me
that SECURITY tech/SPECIALIST JOHNSON that
WAS INCHARGE OF the LEWISTOWN PRISON
INFIRMERY (ACTINg WARdEN) told him to tell
me that WE did NOT hAVE the money to pAY
FOR MY Needed SURGERYS SO I could WALK
AgAIN, AND me being A VETERAN didN't give
me ANY SPECIAL STATUS, AND it WAS his OPINION
that MY SURGERYS WERE too COSTLY AND I

(5.)

"SUPPORTING FACTS AND DEFENDANTS INVOLVED"

(4.) CONTINUED.- did NOT Need Surgerys, And he would see I did NOT get them, Wether the Veterans Administration would cover or help cover the costs OR NOT.

SUPPORTING FACTS * (5) DEFENDANTS- ALL MEMBERS of the MONTANA STATE PRISON Medical REVIEW BOARDy did Refuse to Approve me DOCTOR ORDERED Re- commended Surgerys SO I CAN WALK Again, by outside Doctors ORDERS And Recommend- ATIONS, because they stated their MEDICAL bud- gets didN't hAve the money to pay FOR MY Needed SURGERYS AND medical THERAPHY AFTER Surgerys, And me NOT being Able to WALK WAS NOT their FAULT.

SUPPORTING FACTS: (6.) DEFENDANT ROD JOHNSON (Lt.) Who is the Acting WARDEN AND Lt. of the Lewistown PRISON INFIRMORY ON OR About MAY OR BEFORE 2012 did tell me in his OFFICE thAt he And the Medical Review BOARD Members, DOCTORS Kohut And DR. MOORE, and the Medical DIRECTOR At the MONTANA Dept of CORRECTIONS told him that they simply (would NOT) spend the money FOR MY SURGERYS, even though it would MEEN I would Never WALK AGAIN. ANd JOHNSON SAID I would hAVE SOME SERIOUS problems if I Filed ANY ComplAINTS with the COURTS OR DisAbiLity Rights MONTANA, And

(61)

SUPPORTING FACTS AND DEFENDANTS
INVOLVED."

SUPPORTING FACTS (5.) continued. the very next day had my court papers torn up and thrown away, as I saw them in the trash also I was threatened with being locked in an isolation room with nothing in the room except a bed, one blanket, and small pillow, this occurred on or about IT WOULD HAPPEN ANYTIME j20, legal mail from an attorney who was possibly interested in my present case never reached me, and was seen torn up in the trash, also defendant Rod Johnson on or about (Not sure of exact date at anytime), 20 did come to my room and stated to me in a very hostile/threatening/manner "you were told not to communicate with attorneys and the courts, and not to try sueing us, now that you have performed and acted with gross stupidity, you could get your ass kicked, as this is my facility and I run it, you are being classified as a management problem, and you do not run things here, keep fileing in the courts and I will lock you in an isolation room and tere up your property. This upset me so bad and scared me that I had high blood pressure problems and chest pains, but was too scared to report it.

(7.)

Defendants Involved And supporting Facts.

supporting
Facts ✗   Defendant, Lewistown Prison Infirmery Correct-
-ional officer Sandy Shaffer per Defend-
-ant Rod Johnsen's orders did on or about
January 15, 2018 go into my medical
Room confiscate And tear up my court
papers, Attorney mail I HAd From other
Attorneys, took All my pens/pencils/
And copies of court cases, And med-
-ical Records Along with Affidavits
I wanted to use in this case. Which
because they were destroyed did cause
irreparable damage to this case. which
HAs impeded, delayed, hindered, my Access
to this court. Further Defendant shaffer
did separate me From my best Friend by
moving me off my breakfast table
knowing that we were going into Federal
Court As co-plaintiff's And she did
not want us communicating Regularly
And thus Impeded our Access to court
And has denied us meaningful Access
to court, And Defendant shaffer will
not let me and my co-plaintiff talk
hardly At All with each other, And
we Are prohibited From talking About
Anything doing with Legal Work or court
As we were Refered too by Defendant

( 8. )

" SUPPORTING FACTS AND DEFENDANTS INVOLVED."

SHAFFER - "Let it be KNOWN - "I stopped
those two INMATES   FrAnk Pickle +
                    JAMES BALL.   AND
his dAm litigATOR FRIEND FROM going
to COURT; "DAM LitigATORS". NOW we
CAN NOT get together to File our
CASE into this FEDERAL COURT.